IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-385 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| TOBIAS A. SHORTER, | ) | Court Date: September 9, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7141756)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 1, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TOBIAS A. SHORTER, did knowingly and unlawfully intentionally attempt to prevent a law-enforcement officer from lawfully arresting him.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460(E), 1950, as amended)

(COUNT II – Class A Misdemeanor – 7141757)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 1, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TOBIAS A. SHORTER, did unlawfully go upon and remain upon Marine Corps Base Quantico after having been forbidden to do so, either orally or in writing, by the owner, lessee, custodian, agent of any such person, and other person lawfully in charge thereof.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-119, 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 29 day of August 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov